**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE: Tracey Martin,**                                    **Bankruptcy No. 23-13538-mdc**
                    **Debtor**                                    **Chapter 13**

## **ORDER**

      AND NOW, it is hereby ORDERED and DECREED that the Motion of the above-named Debtor to Extend Time to File Documents is granted and the Debtor has until December 22, 2023 to file the missing documents.

BY THE COURT:

Date; 12/6/2023

_____
United States Bankruptcy Judge