## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Tracey Martin,　　　　　　　　　　　　Bankruptcy No. 23-13538-mdc
　　　　　Debtor　　　　　　　　　　　　　　Chapter 13

### ORDER

AND NOW, it is hereby ORDERED and DECREED that the Motion of the above-named Debtor to Extend Time to File Documents is granted and the Debtor has until January 5, 2024 to file the missing documents.

Date 12/27/2023

BY THE COURT:

_____
Magdeline D. Coleman
United States Bankruptcy Judge