```
CO    FILE    DEPT    CLOCK   VCHR. NO   055
1S8   017152  000404          0000224527  1
```

## Earnings Statement

ADP

365 HEALTH SERVICES LLC
325 CHESTNUT STREET SUITE 1005
PHILADELPHIA, PA-19106

Period Beginning:   05/21/2023
Period Ending:      05/27/2023
Pay Date:           06/02/2023

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Standard Withholding Table

TRACEY E MARTIN
194 RIDGE PIKE
LAFAYETTE HILL PA 19444

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.5000 | 40.00 | 500.00 | 11,278.14 |
| Overtime |  |  |  | 1.50 |
| **Gross Pay** |  |  | **$500.00** | 11,279.64 |

| Deductions | Statutory |  |  |
|---|---|---|---|
|  | Social Security Tax | -31.00 | 699.34 |
|  | Medicare Tax | -7.25 | 163.55 |
|  | PA State Income Tax | -15.35 | 346.28 |
|  | Lower Merion Local Svc Tax | -3.00 | 37.00 |
|  | Whitemarsh T Income Tax | -6.25 | 140.99 |
|  | PA SUI Tax | -0.35 | 7.90 |
|  | Federal Income Tax |  | 149.22 |

| Net Pay |  | $436.80 |
|---|---|---|
| Chkck1 |  | -436.80 |
| **Net Check** |  | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Roth lrs | 500.00 | 4,298.38 |
| 401K Trad lrs | 500.00 | 4,298.38 |
| Totl Hrs Worked | 40.00 |  |

**Important Notes**
COMPANY PH#: 215 309 5654

BASIS OF PAY: HOURLY

Your federal taxable wages this period are $500.00

---

365 HEALTH SERVICES LLC
325 CHESTNUT STREET SUITE 1005
PHILADELPHIA, PA-19106

Advice number:   00000224527
Pay date:        06/02/2023

Deposited to the account of
TRACEY E MARTIN

| account number | transit | ABA | amount |
|---|---|---|---|
| xxxxxxxxx6593 | xxxx | xxxx | $436.80 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

```
CO.   FILE     DEPT.    CLOCK   VCHR. NO.   055
158   017152   000404           00000464169  1
```

365 HEALTH SERVICES LLC
325 CHESTNUT STREET SUITE 1005
PHILADELPHIA, PA-19106

**Earnings Statement**  ADP

Period Beginning:  11/05/2023
Period Ending:    11/11/2023
Pay Date:         11/17/2023

Filing Status: Head of household
Exemptions/Allowances
  Federal Standard Withholding Table

TRACEY E MARTIN
194 RIDGE PIKE
LAFAYETTE HILL PA 19444

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.5000 | 40.00 | 500.00 | 23,059.40 |
| Overtime | | | | 1.50 |
| Holiday | | | | 600.00 |
| **Gross Pay** | | | **$500.00** | 23,660.90 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot! Hrs Worked | 40.00 | |

**Important Notes**
COMPANY PH#: 215 309 5654

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -10.00 | 317.35 |
| | Social Security Tax | -31.00 | 1,466.98 |
| | Medicare Tax | -7.25 | 343.08 |
| | PA State Income Tax | -15.35 | 726.39 |
| | Whitemarsh T Income Tax | -6.25 | 295.77 |
| | PA SUI Tax | -0.35 | 16.56 |
| | Lower Merion Local Svc Tax | | 52.00 |

| Net Pay | $429.80 |
|---|---|
| Chkck1 | -429.80 |
| **Net Check** | **$0.00** |

Your federal taxable wages this period are $500.00

---

365 HEALTH SERVICES LLC
325 CHESTNUT STREET SUITE 1005
PHILADELPHIA, PA-19106

Advice number:  00000464169
Pay date:       11/17/2023

Deposited to the account of
TRACEY E MARTIN

| account number | transit | ABA | amount |
|---|---|---|---|
| xxxxxxxxx6593 | xxxx | xxxx | $429.80 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

```
CO.   FILE    DEPT   CLOCK   VCHR. NO   355
168   917152  000404         00000497174  1
```

365 HEALTH SERVICES LLC
325 CHESTNUT STREET SUITE 1005
PHILADELPHIA, PA-19106

## Earnings Statement  ADP

Period Beginning:   11/26/2023
Period Ending:      12/02/2023
Pay Date:           12/08/2023

Filing Status: Head of household
Exemptions/Allowances:
    Federal: Standard Withholding Table

TRACEY E MARTIN
194 RIDGE PIKE
LAFAYETTE HILL PA 19444

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.5000 | 40.00 | 500.00 | 24,259.40 |
| Overtime | | | | 1.50 |
| Holiday | | | | 600.00 |
| **Gross Pay** | | | **$500.00** | 24,860.90 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Toll Hrs Worked | 40.00 | |

**Important Notes**
COMPANY PH#: 215 309 5654

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -10.00 | 327.35 |
| | Social Security Tax | -31.00 | 1,541.38 |
| | Medicare Tax | -7.25 | 360.48 |
| | PA State Income Tax | -15.35 | 763.23 |
| | Whitemarsh T Income Tax | -6.25 | 310.77 |
| | PA SUI Tax | -0.35 | 17.40 |
| | Lower Merion Local Svc Tax | | 52.00 |

| Net Pay | $429.80 |
|---|---|
| Chkck1 | -429.80 |
| Net Check | $0.00 |

Your federal taxable wages this period are $500.00

365 HEALTH SERVICES LLC
325 CHESTNUT STREET SUITE 1005
PHILADELPHIA, PA-19106

Advice number:   00000497174
Pay date:        12/08/2023

Deposited to the account of
TRACEY E MARTIN

| account number | transit | ABA | amount |
|---|---|---|---|
| xxxxxxxxx6593 | xxxx | xxxx | $429.80 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO | FILE | DEPT. | CLOCK | VCHR. NO. | 055 |
|---|---|---|---|---|---|
| 1S8 | 017152 | 000404 | | 0000477171 | 1 |

365 HEALTH SERVICES LLC
325 CHESTNUT STREET SUITE 1005
PHILADELPHIA, PA-19106

## Earnings Statement  ADP

Period Beginning: 11/12/2023
Period Ending: 11/18/2023
Pay Date: 11/24/2023

Filing Status: Head of household
Exemptions/Allowances:
 Federal Standard Withholding Table

TRACEY E MARTIN
194 RIDGE PIKE
LAFAYETTE HILL PA 19444

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.5000 | 32.00 | 400.00 | 23,459.40 |
| Overtime | | | | 1.50 |
| Holiday | | | | 600.00 |
| **Gross Pay** | | | **$400.00** | 24,060.90 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Toll Hrs Worked | 32.00 | |

**Important Notes**
COMPANY PH# 215 309 5554

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -24.80 | 1,491.78 |
| | Medicare Tax | -5.80 | 348.88 |
| | PA State Income Tax | -12.28 | 738.67 |
| | Whitemarsh T Income Tax | -5.00 | 300.77 |
| | PA SUI Tax | -0.28 | 16.84 |
| | Federal Income Tax | | 317.35 |
| | Lower Merion Local Svc Tax | | 52.00 |

| Net Pay | $351.84 |
|---|---|
| Chkck1 | -351.84 |
| Net Check | $0.00 |

Your federal taxable wages this period are $400.00

---

365 HEALTH SERVICES LLC
325 CHESTNUT STREET SUITE 1005
PHILADELPHIA, PA-19106

Advice number: 00000477171
Pay date: 11/24/2023

Deposited to the account of
TRACEY E MARTIN

| account number | transit | ABA | amount |
|---|---|---|---|
| xxxxxxxxx6593 | xxxx | xxxx | $351.84 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO | FILE | DEPT. | CLOCK | VCHR NO. | |
|---|---|---|---|---|---|
| 1S8 | 017152 | 000404 | | 0000454164 | 1 |

**365 HEALTH SERVICES LLC**
325 CHESTNUT STREET SUITE 1005
PHILADELPHIA, PA-19106

## Earnings Statement

ADP

Period Beginning: 10/29/2023
Period Ending: 11/04/2023
Pay Date: 11/10/2023

Filing Status: Head of household
Exemptions/Allowances
Federal: Standard Withholding Table

TRACEY E MARTIN
194 RIDGE PIKE
LAFAYETTE HILL PA 19444

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.5000 | 38.50 | 481.25 | 22,559.40 |
| Overtime | | | | 1.50 |
| Holiday | | | | 600.00 |
| **Gross Pay** | | | **$481.25** | 23,160.90 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 38.50 | |

**Important Notes**
COMPANY PH#. 215 309 5654

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -8.13 | 307.35 |
| | Social Security Tax | -29.84 | 1,435.98 |
| | Medicare Tax | -6.98 | 335.83 |
| | PA State Income Tax | -14.77 | 711.04 |
| | Whitemarsh T Income Tax | -6.02 | 289.52 |
| | PA SUI Tax | -0.33 | 16.21 |
| | Lower Merion Local Svc Tax | | 52.00 |

| Net Pay | $415.18 |
|---|---|
| Chkck1 | -415.18 |
| **Net Check** | **$0.00** |

Your federal taxable wages this period are $481.25

---

365 HEALTH SERVICES LLC
325 CHESTNUT STREET SUITE 1005
PHILADELPHIA, PA-19106

Advice number: 00000454164
Pay date: 11/10/2023

Deposited to the account of
TRACEY E MARTIN

| account number | transit | ABA | amount |
|---|---|---|---|
| xxxxxxxx6593 | xxxx | xxxx | $415.18 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**