UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tracey Martin | Case Number: 23-13538-AMC |
| Debtors | Chapter 13 |

## AMENDED CERTIFICATE OF SERVICE

I, Brenna H. Mendelsohn, hereby certify that I served a copy of the First Amended Chapter 13 Plan upon the Debtor, the Matrix Creditors, the Secured and Priority creditors that filed a proof of claim to the address provided on the claim and the following individuals at the addresses listed below by *certified mail* and/or by electronic means, including any creditors that filed for Notice on Pacer on April 29, 2024.

Kenneth E. West, Esq. Chapter 13 Trustee - via ECF

United States Trustee - via ECF

Nationstar Mortgage LLC
Attn: Bankruptcy Department
P.O. Box 619096
Dallas, TX 75261-9741

Respectfully Submitted,

Dated: April 29, 2024

By: /s/ Brenna H. Mendelsohn

Brenna H. Mendelsohn, Esquire