United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13538-amc |
| Tracey Martin | Chapter 13 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Aug 01, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Tracey Martin, 194 Ridge Pike, Lafayette Hill, PA 19444-1904 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2024         Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Tracey Martin tobykmendelsohn@comcast.net |
| DENISE ELIZABETH CARLON | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Tracey Martin <u>Debtor(s)</u> | CHAPTER 13 |
| Nationstar Mortgage LLC <u>Movant</u> vs. | NO. 23-13538 AMC |
| Tracey Martin <u>Debtor(s)</u> | |
| Kenneth E. West <u>Trustee</u> | 11 U.S.C. Section 362 |

## **STIPULATION**

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. This stipulation is here to resolve the Movant's Objection to the Debtor's Chapter 13 Plan, Doc no. 25 with a hearing date scheduled for July 18, 2024.

2. Debtor shall obtain a loan modification agreement with the Movant by August 31, 2024, or as may be extended by modified plan.

3. Debtor is to make regular post-petition payments in accordance with the terms of the Note and Mortgage and applicable payment change notices while the loan modification is pending.

4. The Chapter 13 Trustee is not to pay the arrears while the loan modification is pending;

5. Movant does not waive its rights to the pre-petition arrears or any post-petition arrears that may accrue during the loan modification process.

6. In the event the loan modification is not successful, Debtor shall file an amended Chapter 13 to otherwise address the Movant's claim.

7. Movant reserves the right to object to any Amended Chapter 13 Plan.

8. Movant may file a Certification of Default if Debtor's Amended Chapter 13 Plan is not filed by September 15, 2024, or within 30 days of the denial letter for the modification.

9. The terms of this stipulation conflicts with the Chapter 13 plan, this stipulation is to take precedent over the plan.

    10.    This stipulation hereby resolves the Movant's Objection to the Debtor's Chapter 13 Plan.

    11.    The parties agree that a facsimile signature shall be considered an original signature.

Date:  July 15, 2024

**/s/ Denise Carlon, Esquire**
Denise Carlon, Esquire
Attorney for Movant

Date:  July 16, 2024

/s/ Brenna Hope Mendelsohn
Brenna Hope Mendelsohn Esq.
Attorney for Debtor(s)

Date:  July 18, 2024

No Objection - Without Prejudice to Any Trustee Rights or Remedies
/s/ LeeAne O. Huggins
Kenneth E. West, Esquire
Chapter 13 Trustee

Approved by the Court this 31st day of July, 2024. However, the court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Ashely M. Chan